UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ASHTON BORNE**                                              **CIVIL ACTION**

**VERSUS**                                                    **NO. 21-251**

**FOREST RIVER, INC., ET AL.**                                **SECTION "B"(3)**

ORDER & JUDGMENT WITH REASONS

Considering plaintiff's opposed motion to dismiss defendants Berryland Motors, LLC and State Farm Bank, F.S.B. and Magnuson Moss Warranty Act claims (Rec. Doc. 41), the parties' previously filed memoranda, oral arguments presented at today's hearing, and for oral reasons rendered during same,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to dismiss is **GRANTED in the following respects:**

**1.** Plaintiff's Magnuson Moss Warranty Act claims against all defendants are hereby **DISMISSED WITH PREJUDICE;**

2. Plaintiff's state law claims against defendants Berryland Motors, LLC and State Farm Bank, F.S.B. are hereby **DISMISSED WITHOUT PREJUDICE;**

3. Supplemental jurisdiction over plaintiff's state law claims against the remaining defendant, Forest River, Inc. is **DECLINED,** giving plaintiff an opportunity to file a separate new action against Forest River, Inc. pursuant to diversity jurisdiction; and

1

**IT IS FURTHER ORDERED** that all other pending motions in the above-captioned matter (Rec. Docs. 16, 17, 27, 38, 39, 46, 48, 49) are hereby **DISMISSED AS MOOT.**

New Orleans, Louisiana this 7th day of December, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE